(March 28, 1980)*

■ W. T. Grant Company, Respondent, v Robert Srogi, as Commissioner of Assessment of City of Syracuse, Appellant. (Appeal No. 3.)—Motion for leave to appeal to the Court of Appeals granted and question certified. Present—Cardamone, J. P., Simons, Doerr and Witmer, JJ.

---

* Not published with other decisions of March, 1980, 74 AD2d 990. [Rep.